**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC., ) | |
| and MERSCORP, INC., ) | |
|   ) | |
|     Plaintiff(s), ) | |
|   ) | |
|     vs. ) | Case No. 4:09-cv-00731 |
|   ) | |
| ROBERT BELLISTRI, ) | |
|   ) | |
|     Defendant(s). ) | |

## ENTRY OF APPEARANCE

JoAnn T. Sandifer hereby enters her appearance as additional counsel of record for plaintiffs, Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc., in the above styled cause.

Dated: May 11, 2009.

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By:  /s/ JoAnn T. Sandifer                .
   Mark G. Arnold, E.D.Mo. # 2534
   mark.arnold@huschblackwell.com
   JoAnn T. Sandifer, E.D.Mo. # 33227
   joann.andifer@huschblackwell.com
   190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105
   (314) 480-1500 – telephone
   (314) 480-1505 – facsimile

   *Attorneys for Plaintiffs Mortgage Electronic*
   *Registration Systems, Inc. and MERSCORP, Inc.*

SLC-3287205-1