**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., | ) | |
| and MERSCORP, INC., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:09-cv-00731 |
| | ) | |
| ROBERT BELLISTRI, | ) | |
| | ) | |
| Defendant(s). | ) | |

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of Record for plaintiffs Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc. hereby gives notice the following corporate interests are disclosed:

1.      The parent company of the corporation:

MERSCORP, Inc., a private stock corporation, is the parent of and wholly owns Mortgage Electronic Registration Systems, Inc.  MERSCORP, Inc. does not have a parent.

2.      Subsidiaries not wholly owned by the corporation:

None.

3.      Any publicly held company that owns ten percent (10%) or more of the corporation:

MERSCORP, Inc., a private stock corporation, owns 100% of Mortgage Electronic Registration Systems, Inc.  Publicly traded companies that own 10% or more of

MERSCORP, Inc. are (1) Federal National Mortgage Association (Fannie Mae) and  (2)

Federal Home Loan Mortgage Corporation (Freddie Mac).

Dated: May 12, 2009.

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By:  /s/ JoAnn T. Sandifer                           .
Mark G. Arnold, E.D.Mo. # 2534
mark.arnold@huschblackwell.com
JoAnn T. Sandifer, E.D.Mo. # 33227
joann.andifer@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

*Attorneys for Plaintiffs Mortgage Electronic*
*Registration Systems, Inc. and MERSCORP, Inc.*

- 2 -