IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MORTGAGE ELECTRONIC )
REGISTRATION SYSTEMS, INC., )
and MERSCORP, INC., )
)
    Plaintiff(s), )
)
vs. ) Case No. 4:09-cv-00731
)
ROBERT BELLISTRI, )
)
    Defendant(s). )

### AFFIDAVIT OF SERVICE

_Sandra K. Boessen_, being first duly sworn on oath, states:

1. I am employed by Husch Blackwell Sanders LLP, am over the age of 18 and have personal knowledge of and am competent to testify with respect to the facts stated herein

2. I personally served a copy of the Complaint with Exhibits, Civil Cover Sheet, Original Filing Form, Notice of Process Server, form of Summons to defendant, and Entry of Appearance by JoAnn T. Sandifer, on James Layton, Solicitor General, Missouri Attorney General's Office, Supreme Court Building, 207 West High Street, Jefferson City, Missouri 65102, by delivering the same to _Karen Bagby_ (authorized to accept service), this _12th_ day of May, 2009.

          _Sandra K Boessen_
          Printed Name: Sandra K. Boessen

STATE OF MISSOURI )
                      ) SS
COUNTY OF COLE )

Subscribed and sworn to before me a notary public this _12th_ day of May, 2009.

          _Amy E. Chen_
          Notary Public

My Commission Expires:
    AMY E. CHEN
    Notary Public - Notary Seal
    STATE OF MISSOURI
    County of Cole
SLC-3287955-1    My Commission Expires: June 12, 2012
    Commission #0857707

- 2 -

Respectfully submitted,

**HUSCH BLACKWELL SANDERS LLP**

By: <u>/s/ Mark G. Arnold</u>               .
    Mark G. Arnold, E.D.Mo. # 2534
    <u>mark.arnold@huschblackwell.com</u>
    JoAnn T. Sandifer, E.D.Mo. # 33227
    <u>joann.andifer@huschblackwell.com</u>
    190 Carondelet Plaza, Suite 600
    St. Louis, MO  63105
    (314) 480-1500 – telephone
    (314) 480-1505 – facsimile

*Attorneys for Plaintiffs Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.*