IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:09-CV-731 CAS |
| ROBERT BELLISTRI, | ) ) | |
| Defendant. | ) | |

**SECOND AMENDMENT TO CASE MANAGEMENT ORDER**

**IT IS HEREBY ORDERED** that plaintiffs' Second Motion to Amend Case Management Order is **GRANTED**.  [Doc. 19]

**IT IS FURTHER ORDERED** that the first paragraph of paragraph 6 under the Scheduling Plan of this Court's Case Management Order entered on July 14, 2009 ("CMO"), as amended on March 15, 2010, is **amended** as follows:

6.    Any motion to dismiss, motion for judgment on the pleadings, or motion for summary judgment shall be filed with the Clerk no later than **March 31, 2010**.  The memorandum in opposition shall be filed with the Clerk by **April 30, 2010**. The reply brief, if any, shall be filed with the Clerk by **May 12, 2010**.  Memoranda in support of or in opposition to a motion for summary judgment shall have attached a statement of uncontroverted material facts in separately numbered paragraphs with citations to the record, as required by Local Rule 4.01(E).  For other dispositive motions, responses and replies shall be filed in accordance with the briefing schedule of Local Rule 4.01(B) and (C).

**IT IS FURTHER ORDERED** the Case Management Order dated July 14, 2009 (Doc. 10) remains in full force and effect in all other respects.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   23rd   day of March, 2010.