IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT BELLISTRI, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 4:09-CV-00731-CAS |

## REPLY TO PLAINTIFFS' STATEMENT OF SUPPLEMENTAL MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant Robert Bellistri, by and through his attorney, and for his Reply to Plaintiffs' Statement of Supplemental Material Facts in Support of their Motion for Summary Judgment, states:

1.   Defendant Robert Bellistri admit, deny and object to the allegations of fact alleged in paragraphs 1 through 80 of Plaintiffs' Statement of Material Facts submitted in support of their Motion for Summary Judgment and incorporated by reference in said Plaintiffs' Supplemental Statement of Facts in the same manner as said allegations are admitted or denied or otherwise objected to in Defendant's Response to Plaintiffs' Statement of Material Facts in Support of their Motion for Summary Judgment.

Respectfully submitted,

GEBHARDT REAL ESTATE AND LEGAL SERVICES, L.L.C.,

_____
Phillip K. Gebhardt, Mo. Bar #29569
U.S.D.C., E.D. of Mo. # 61304
1720 North Main Street
Desoto, Missouri 63020
(636) 337-0615
Fax (636) 586-3504
Email pkgmag@swbell.net
Attorney for Defendant Robert Bellistri

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served in accordance with this Court's electronic filing procedures this 27th day of May 2010 to Mark G. Arnold, Husch Blackwell Sanders, LLP, Attorney for Plaintiff, at mark.arnold@huschblackwell.com, and JoAnn Tracy Sandifer, Husch Blackwell Sanders, LLP, Attorney for Plaintiff, at joann.sandifer@huschblackwell.com.

_____

Copy to Robert Bellistri
F:\Shared Data\Law Clients\Bellistri, Robert\1210 Airglades\MERS v. Bellistri\Reply to Plaintiffs' Statement of Supplemental Material Facts in Support of Plaintiffs' Motion for Summary Judgment
File No. 09-129-L
pkg