**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and MERSCORP, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:09-CV-731 CAS |
| v. | ) ) | |
| ROBERT BELLISTRI, | ) ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECLARED** that

1.  Defendant Bellistri's failure to provide Mortgage Electronic Registration Systems, Inc. ("MERS") notice of the tax sale and MERS' right of redemption violated Section 104.405 of the Jones-Munger Act.

2.  Defendant Bellistri's failure to provide MERS notice of the tax sale and MERS' right of redemption violated MERS' rights of procedural due process under the 5th and 14th Amendments to the United States Constitution and Article I, Section 10 of the Missouri Constitution

3.  The Collector's Deed issued to defendant Bellistri is null and void.


_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   1st   day of July, 2010.