IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:09-CV-00731-CAS ) ) |
| ROBERT BELLISTRI, | ) ) |
| Defendant. | ) |

## MOTION TO CORRECT CLERICAL ERROR

Pursuant to Rule 60(a), plaintiffs Mortgage Electronic Registration Systems, Inc. and Merscorp, Inc. (collectively MERS) respectfully pray that the Court correct a clerical error in its judgment issued on July 1, 2010.  As grounds for this relief, MERS states:

1.   The July 1, 2010 judgment refers to the Jones-Munger Act as § 104.405, R.S.Mo.

2.   The correct statutory citation is § 140.405, R.S.Mo., and the Court should correct the transposition.

Wherefore, MERS respectfully prays that the Court correct the clerical error in its judgment issued on July 1, 2010.

SLC-6110237-1

Respectfully Submitted,

HUSCH BLACKWELL SANDERS LLP

By: s/ Mark G. Arnold
Mark G. Arnold, E.D.Mo. #2534
mark.arnold@huschblackwell.com
JoAnn T. Sandifer, E.D.Mo. #33227
joann.sandifer@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

*Attorneys for Plaintiffs Mortgage Electronic Registration Systems, Inc. and MERSCORP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2010, the foregoing was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon the following:

Phillip K. Gebhardt, Esq.
Gebhardt Real Estate and Legal Services, L.L.C.
1720 North Main Street
Desoto, MO  63030

s/ Mark G. Arnold