# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC. and ) <br> MERSCORP, INC., ) <br>             ) <br> Plaintiffs, ) <br>             ) No. 4:09-CV-731 CAS <br> v.          ) <br>             ) <br> ROBERT BELLISTRI, ) <br>             ) <br> Defendants. ) | |

## JUDGMENT NUNC PRO TUNC

In accordance with the Memorandum and order of July 1, 2010 and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECLARED** that

1. Defendant Bellistri's failure to provide Mortgage Electronic Registration Systems, Inc. ("MERS") notice of the tax sale and MERS' right of redemption violated Section 140.405 of the Jones-Munger Act.

2. Defendant Bellistri's failure to provide MERS notice of the tax sale and MERS' right of redemption violated MERS' rights of procedural due process under the 5th and 14th Amendments to the United States Constitution and Article I, Section 10 of the Missouri Constitution

3. The Collector's Deed issued to defendant Bellistri is null and void.

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  1st  day of July, 2010.