IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and MERSCORP, INC.,<br><br>          Plaintiffs,<br><br>vs.<br><br>ROBERT BELLISTRI,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 4:09-CV-00731-CAS<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate that defendant Robert Bellistri's counterclaim shall be dismissed without prejudice, subject to the following conditions:

1.     The parties shall negotiate in good faith in an effort to resolve the counterclaim out of court.

2.     If the parties are unable to reach agreement, Mr. Bellistri shall have the right to refile the counterclaim in any court of competent jurisdiction. In such event, the parties agree that, for all purposes (including without limitation issues of waiver and limitations), they shall have the same rights that they currently possess on the date of dismissal.

3.     Each party shall bear its own costs.

SLC-6200356-1

| | |
|---|---|
| *[signature]* | *[signature]* |
| Philip K. Gephardt, E.D. #61304<br>Gephardt Real Estate and Legal Services, L.L.C.<br>1720 North Main Street<br>Desoto, MO 63020<br>(636) 337-0615<br><br>Attorneys for Robert Bellistri | Mark G. Arnold, E.D. #2534<br>Husch Blackwell LLP<br>190 Carondelet Plaza Suite 600<br>St. Louis MO 63105<br>(314) 480-1500<br><br>Attorneys for Plaintiffs |

So Ordered:

_____

Hon. Charles Shaw
Senior United States District Judge