United States District Court
Eastern District of Missouri

Eastern Division
Fax: 314-244-7909                                    Phone: 314-244-7900

**Copy Request Form and Credit Card Authorization**

Date: 3-21-11

Firm: Shapiro & Weisman, LC

Address: 13801 Riverport Drive, Suite 502, Maryland Heights MO 63043

Requested by: Jeff Weisman                           Phone: 314-495-1903

Credit Card: ☐ Visa  ☐ Master Card  ☑ American Express  ☐ Discover

Card Number: 3717-132275-82003                       Expires: 12/12

☐ Documents Requested -( Copy fee = $.50 per page )
Please identify specific documents and document numbers below:

Mortgage Electronic Registration Systems, Inc. v. Robert Bellistri, No. 4:09-CV-731 CAS,
Copy of "Memorandum and Order" filed 7-1-10 as Document No. 65

☒ Documents Requested Certified - (Certification Fee = $9.00 per document)

☐ Documents Requested Exemplified - (Exemplification = $18.00 + $.50 per page)

☐ File to be ordered from the archives - (Retrieval fee = $45.00 per file)

☐ Name Search - (Search fee = $26.00 per name)

Please send documents via:  ☐ Mail  ☑ Pick-up  ☐ Delivery Service (FedEx, UPS)

Delivery Service Account No.: